**Order entered June 6, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01636-CV

### CURBED.COM, LLC, ET AL., Appellants

### V.

### DR. RICHARD MALOUF, ET AL., Appellees

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-06268-C**

## ORDER

We **GRANT** appellees' June 4, 2014 unopposed motion for an extension of time to file a brief. Appellees shall file their brief on or before **Monday, July 14, 2014**. We caution appellees that no further extension will be granted in this accelerated appeal absent extraordinary circumstances.

/s/    ADA BROWN
       JUSTICE